UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-167 |
| | : | |
| v. | : | |
| | : | FILED |
| WILLIAM CORDOVA, | : | JUN 1 0 2008 |
| also known as Centinella | : | |
| also known as Mario | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |
| JOSE GUTIERREZ | : | |
| also known as Astuto | : | |
| also known as Marco | : | |
| | : | |
| WILLIAM OSORIO-RIVAS | : | |
| also known as Macklin | : | |
| | : | |
| MELVIN SORTO | : | |
| also known as Killer | : | |
| also known as Fantasma | : | |
| | : | |
| Defendants. | | |

**GOVERNMENT'S MOTION TO SEAL THE CRIMINAL
INDICTMENT AND OTHER PLEADINGS, RECORDS,
PROCEEDINGS AND FILES, AND TO DELAY ENTRY ON
THE PUBLIC DOCKET OF THE FILING OF THIS
<u>MOTION TO SEAL AND ALL RELATED MATTERS</u>**

The United States, by and through its attorney, Jeffrey A. Taylor, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to seal the accompanying criminal Indictment, as well as all other pleadings, proceedings, records and files in this case, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters. In support of this motion, the government states as follows:

The defendants in this case are targets in a criminal investigation involving a conspiracy

by members of La Mara Salvatrucha 13, (hereinafter referred to as "MS-13"), to commit violet crimes in aid of racketeering activity, to include, but not limited, murder, assaults, and threats, in violation to Title 18, United States Code, Section 1959(a)(5).

The sealing is necessary because the Indictment and other future pleadings contain sensitive information, the disclosure of which would not be in the interest of the administration of justice, the government, or the public.

WILLIAM CORDOVA, also known as Centinella, also known also known as Mario, (hereinafter WILLIAM CORDOVA), and JOSE GUTIERREZ, also known as Astuto, also known as Marco, (hereinafter referred to as JOSE GUTIERREZ), are presently held at the DC Jail on Superior Court Charges that are pending before the Honorable Neal E. Kravitz.  However, law enforcement believes that the remaining two defendants are not aware of the criminal investigation and disclosure of the Indictment in the public records may hinder law enforcement's efforts in apprehending these defendants, and may also endanger law enforcement personnel, and confidential civilian witnesses.  Accordingly, it is essential that any information concerning the defendants having a pending case in this district be kept sealed for the time being, except for the government informing, under seal, the Honorable Neal E. Kravtiz, Superior Court Judge for the District of Columbia, of the federal Indictment and bench warrants against WILLIAM CORDOVA and JOSE GUTIERREZ to insure that WILLIAM CORDOVA and JOSE GUTIERREZ are transferred to district court.

Based on the nature of the ongoing criminal investigation, the government submits that public disclosure of the Indictment would likely compromise the criminal investigation by: (1) placing the personal safety of civilian witnesses, other law enforcement officials, and innocent third parties at substantial risk; (2) alerting these defendants and other potential defendants in a

related investigation of the investigation; and (3) causing the defendants and other possible targets to destroy evidence. Each of these factors is particularly important in this instance because violent reprisals are common to major criminal violators in general and to the target organization of this investigation in particular.

Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the criminal Indictment and all other pleadings, records, proceedings, and files in this case, but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying order until: (1) the substantial risk to the personal safety of law enforcement and cooperating individuals has abated; and (2) the government represents that it can continue its criminal investigation without substantial risk that it would be jeopardized due to the public docketing of the fact that sealed pleadings have been filed in this case. See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir. 1991).

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. Bar # 498610
United States Attorney

BY: _____
GILBERTO GUERRERO, JR.
Assistant United States Attorney
KS Bar No. 19271
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4814
Washington, D.C. 20530
(202) 514-7298 (desk)
(202) 514-5199 (fax)
gilberto.guerrero@usdoj.gov (email)

_____
NIHAR R. MOHANTY
Assistant United States Attorney
555 Fourth Street, N.W., Room 4120
Washington, D.C. 20530
(202) 514-7395
nihar.mohanty@usdoj.gov (email)