UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-167 |
| v. | : | |
| | : | |
| WILLIAM CORDOVA, | : | |
| also known as Centinella | : | **FILED** |
| also known as Mario | : | |
| | : | JUN 1 0 2008 |
| JOSE GUTIERREZ | : | |
| also known as Astuto | : | NANCY MAYER WHITTINGTON, CLERK |
| also known as Marco | : | U.S. DISTRICT COURT |
| | : | |
| WILLIAM OSORIO-RIVAS | : | |
| also known as Macklin | : | |
| | : | |
| MELVIN SORTO | : | |
| also known as Killer | : | |
| also known as Fantasma | : | |
| | : | |
| **Defendants.** | | |

### ORDER

Based on the representations in the government's motion to seal the Indictment and other pleadings, records, proceedings and files and to delay entry on the public docket of the filing of this motion to seal, this Court makes the following:

### FINDINGS OF FACT

The government has investigated the defendants in a criminal investigation involving agents and cooperating individuals. Law enforcement believes that two of the defendants are unaware of this investigation. The general public is also not aware of this investigation.

The defendants' discovery of this investigation and Indictment would pose a substantial risk to the personal safety of the of the agents, other law enforcement officials, and cooperating witnesses.

The public docketing at this time of the Indictment and other pleadings, records, proceedings to delay entry on the public docket of the filing of this motion to seal, as well as the Order granting such motion will likely substantially jeopardize the ongoing criminal investigation and apprehension of the defendants, and place the personal safety of parties involved in the investigation, as well as innocent bystanders, at substantial risk.

Based on the representations in the government's motion, <u>Washington Post v. Robinson</u>, 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991), this Court finds that there is a compelling governmental interest in sealing the Indictment, pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal. This Court finds that the government may inform the Honorable Neal E. Kravitz, Superior Court Judge for the District of Columbia, under seal, of the federal Indictment and bench warrants against WILLIAM CORDOVA, also known as Centinella, also known as Mario, (hereinafter referred to as WILLIAM CORDOVA), and JOSE GUTIERREZ, also known as Astuto, also known as Marco, (hereinafter referred to as JOSE GUTIERREZ), to insure that WILLIAM CORDOVA and JOSE GUTIERREZ are transferred to district court.

Based on the above, it is this _10_ day of _June_, 2008,

**ORDERED** that this Order, and the attached government motion to seal the Indictment, and other pleadings, recordings, proceedings, and files and to delay entry on the public docket of the filing of this motion to seal shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further **ORDERED** that the Indictment, all proceedings and all pleadings, records and files in this case shall be placed under seal by the Criminal Clerk's office until further order

of this Court.

It is further **ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

It is further **ORDERED** that notwithstanding the other provisions of this ORDER, the government shall be permitted to request a transcript of any proceedings that may occur in this case, the Court Reporter shall be permitted to prepare such a transcript and provide it to the government, and there may be a limited lifting of this sealing order to allow the government to inform the Honorable Neal E. Kravitz, Superior Court Judge of the District of Columbia, under seal, of the pending federal Indictment and bench warrants against WILLIAM CORDOVA and JOSE GUTIERREZ.

_____
United States Magistrate Judge for the District of Columbia