# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 08-167 #4 | MAGIS. NO: |
| V.<br><br>WILLIAM CORDOVA<br><br>UNSEALED | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>MELVIN SORTO<br><br>FILED<br>JUN 12 2008 | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO COMMIT VIOLENT CRIMES IN AID OF RACKETEERING
MURDER IN AID OF RACKETEERING
ASSAULT WITH A DANGEROUS WEAPON IN AID OF RACKETEERING
ILLEGAL ALIEN IN POSSESSION OF A FIREARM
USING, CARRYING AND POSSESSING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
FIRST DEGREE PREMEDITATED MURDER WHILE ARMED
ASSAULT WITH INTENT TO KILL WHILE ARMED
POSSESSION OF A FIREARM DURING A CRIME OF VIOLENCE OR DANGEROUS OFFENSE
MAIMING IN AID OF RACKETEERING
THREATENING TO COMMIT A CRIME OF VIOLENCE IN AID OF RACKETEERING
AIDING AND ABETTING
AIDING AND ABETTING

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

18: 1959(a)(5); 1959(a)(1); 1959(a)(3); 922(g)(5)(A); 924(c)(1)(A); 22: 2101, 4502; 401, 4502; 4504(b); 18: 1959(a)(2); 1959(a)(4); 2; and 22: 1805 a)(5); 1959(a)(1);

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>**MAGISTRATE JUDGE FACCIOLA** | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>6/10/08<br>~~5/10/08~~ |
| CLERK OF COURT:<br>**Nancy Mayer-Whittington** | BY DEPUTY CLERK: | DATE:<br>6/10/08<br>~~5/10/08~~ |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  6/12/08 | NAME AND TITLE OF Receiving ~~ARRESTING~~ OFFICER | SIGNATURE OF Receiving ~~ARRESTING~~ OFFICER |
|---|---|---|
| DATE EXECUTED  6/12/08 | DUSM Julie Carrillo | Julie Carrillo |
| HIDTA CASE:   Yes ☐   No ☒ | | OCDETF CASE:   Yes ☐   No ☒ |