UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

MELVIN SORTO,

        Defendant

Cr. No. 08-167 (RCL/JMF)

**DETENTION MEMORANDUM**

The nineteen-count indictment in this case charges the defendant and his confederates with violent crimes that flowed from their membership in the MS-13 gang. The grand jury has charged that this gang violently introduced its potential members to gang life by beating them and the gang itself murdered its rivals. More specifically, the grand jury has charged that this defendant participated in a conspiracy to kill a particular victim and then actively participated in his murder. The murderers shot the victim twice and then opened fire on rival gang members, shooting Nelson Maldanado in the leg.  This defendant is also charged with aiding his confederates to escape from law enforcement.

The question of the defendant's "release" is academic; he is an illegal alien and the Department of Homeland Security has filed a detainer against him.  Hence, his release would simply substitute one form of custody for another.  Additionally, I question how a person who is in the country illegally can be said to have roots in a community when his presence in that community is illegal and can be terminated at any time by his deportation.  Assuming, nevertheless, that the defendant can claim some entitlement to relief under the Bail Reform Act, I must conclude by clear and convincing evidence that there are no conditions I could set that would reduce the risk of danger he presents to this

2

community or assure his appearance when required. The grand jury has found that he is a member of a street gang whose very essence, its *raison d'etre*, is to murder its opponents and rivals. It is hard to exaggerate how great is the risk that he and that gang present to this community. Additionally, he presently faces the death penalty and thus has a strong motive to flee. I will therefore order him detained pending trial.

                                                  /s/
                                        JOHN M. FACCIOLA
                                        UNITED STATES MAGISTRATE JUDGE

Dated: June 18, 2008