# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Criminal No. 08-167-4 (RJL) |
| | : |
| v. | : |
| | : |
| **MELVIN SORTO,** | : |
| also known as Killer, | : |
| also known Fantasma, | : |
| | : |
| **DEFENDANT** | : |

## NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully provides notice to the Court and the defendant in the above captioned case of the following. The Attorney General of the United States of America has instructed the United States Attorney for the District of Columbia not to seek the death penalty against the defendant Melvin Sorto.

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

_____/s/_____
NIHAR R. MOHANTY
Assistant United States Attorney

By: _____/s/_____
GILBERTO GUERRERO, JR.
Assistant United States Attorney
KS Bar No. 19271
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4814
Washington, D.C. 20530
Desk:  202-514-7298
Fax:    202-514-5199
Email: gilberto.guerrero@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that, on the 16th day of February 2010, a copy of the foregoing Notice of Intent Not to Seek the Death Penalty was served by electronic mail on defense counsel Mitchell M. Seltzer, Esquire, and A. Eduardo Ballarezo, Esquire.

/s/
GILBERTO GUERRERO, JR.
Assistant United States Attorney